# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Middle_ DISTRICT OF TENNESSEE,
## _____ DIVISION

### COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### UNDER TITLE 42 U.S.C., SECTION 1983

Name: _TRACY WOODARD_,

Prison Number: _159910_

_____,

Name: _____

Prison Number: _____

_____,

Name: _____

Prison Number: _____

Plaintiff(s)
(List the Names of all plaintiffs Filing
this Lawsuit; do not use "ET AL")

vs.

_CORIZON INC._,

_JohN Doe (Health Administrator)_ CBCX

_DR. BoYD (CBCX)_,

Defendant(s)
(List the names of all defendants against
whom you are filing this lawsuit; do not
use "ET AL")

]
]
]
]
]
]
]
]
]
]
]
]
]
]
]
]
]
]
]
]
]
]
]
]
]
]
]

**RECEIVED**
IN CLERK'S OFFICE

AUG 2 2 2014

**U.S. DISTRICT COURT
MID. DIST. TENN.**

Civil Action No.: _____

(To be assigned by the Clerk's Office.)
(Do not write in this blank space)

**If you need more space to list other plaintiffs and/or defendants, so indicate
and attach a separate of paper.**

Additional Defendant 5

DR. SADER (CBCX)

Mike Johnson (CBCX Unit manager)

Warden Simmons (CBCX)

Warden Qualls (CBCX)

DR. Otis Campbell (TCIX)

Kevin Rae (TCIX)

I.  PREVIOUS LAWSUITS:

A.  Have you or any of the other plaintiffs listed above filed any other lawsuits in a United States District Court  (Tennessee) and/or in any other state or federal court?

Yes     No

B.  If your answer YES to Question A, list the following information:

(If you have filed more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline as below).

1.  Parties to previous lawsuit:

Plaintiffs:
TRACY WOODARD #159910

Defendants:
STATE of Tennessee

2.  In what court did you file the previous lawsuit?.

Claims Commission (middle Division)

( If Federal Court, name the district; if State Court, name the county)

3.  Case Number of previous lawsuit:
T20141320

4.  Name of Judge to whom case was assigned:
RobeRT N. Hibbett

5.  When did you file the previous lawsuit
April /2014
(Indicate year if you don't know the exact month or day)

6.  What was the disposition or result of the previous lawsuit (For example,

was it dismissed, appealed, or is it still pending?)

_still pending_

7.    When was the previous lawsuit decided by the Court? (Indicate the year if you do know exact month or day)

8.    Did the previous lawsuit involve the same facts or circumstances that you are alleging in the lawsuit you are now submitting?

(Yes)    No

I claimant was unaware that certain defendants were not employed by the state. Claims commission may/may not have Jurisdiction.

II.    PLACE OF CURRENT CONFINEMENT OF PLAINTIFFS):

A.    Name of prison or jail, in which you are currently incarcerated:

_Turney CENTER Industrial Complex_

B.    Are the facts of your lawsuit related to your confinement in your present prison or jail?

(Yes)    No

C.    If your answer is No to question B, list the name and address of the jail or prison to which the facts of your lawsuit relate:

D.    Do the facts of your lawsuit relate to your confinement in a Tennessee State prison?

(Yes)    No

E.    If your answer YES to Question D, did you present these facts to the prison

authorities through the state prison grievance procedure?

 Yes      No

F.    If you answered YES to Question E.

1.    What steps did you take?
I Filed A grievance

2.    What was the result?
My grievance was said to be inappropriate. I was unaware
I could appeal the decision.

G.    If you answered NO to Question E, Explain why not:

III.    PARTIES TO THIS LAWSUIT:

1.    Name of First Plaintiff:
TRACY WOODARD

Page 4 of 12

#/59910          Prison ID Number of first Plaintiff:

_____

                 Address of First Plaintiff:
TURNEY CENTER INDUSTRIAl Complex

        1499 R.W. Moore Memorial Hwy.  ONlY, TN
37140
                 (Include name of institution and mailing address)


        2.       Name of Second Plaintiff:
        _____

                 Prison ID Number of Second Plaintiff:
_____

                 Address of Second Plaintiff:
_____


_____

                 (Include name of institution and mailing address)


        3.       Name of Third Plaintiff:
_____

                 Prison ID Number of Third Plaintiff:
_____

                 Address of Third Plaintiff:
_____


_____

                 (Include name of institution and mailing address)

If there are more than three Plaintiffs, list their names, prison identification numbers and addresses below or on an attached sheet of paper:

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

For each defendant, check weather you are naming the defendant in his or her individual and/or official capacity.

        1.    Name of First Defendant:

CoRizoN INC,

              Place of Employment of First Defendant:

NA

_____

_____

              Address of First Defendant:

c/o CT CoRporate systems

       800 South GAY St. 2021

Knoxville, TN. 37929-9710

                      Named in official capacity:      (Yes)        No

Named in individual Capacity:  Yes   No

2.  Name of Second Defendant:
*John Doe (Health Administrator CBCX)*

Place of Employment of Second Defendant:
*Charles Bass Prison*

_____

_____

Address of Second Defendant:
*7177 Cockrill Bend Industrial Blud*

*Nashville, TN. 37243-0470*

_____

Named in official capacity:      Yes      No
Named in individual Capacity:    Yes      No

Case 3:14-cv-01725   Document 1   Filed 08/22/14   Page 8 of 15 PageID #: 8

3. Name of Third Defendant:

DR. SADER

Place of Employment of Third Defendant:

CharleS BASS Correctional Complex

7177 Cockrill Bend Blvd
Nashville, TN, 37243-0470

Address of Third Defendant:

| | | |
|---|---|---|
| Named in official capacity: | Yes | No |
| Named in individual Capacity: | (Yes) | No |

**If you are bringing the lawsuit against more than three defendants, you must list each defendant's name, place of employment, address and capacity in which you are suing the defendant on an attached sheet of paper.**

**If you do not list each defendant's name, any such defendant will not be included in your lawsuit; if you do not list each defendant's name, place of employment and address, the clerk will not be able to serve any such defendant.**

IV.    STATEMENT OF YOUR CLAIM:

State here as briefly as possible the **facts** of your case. Recite the **dates** when any incidents or events occurred, and the **places** where such incidents or events took place. Describe how each **defendant(s)** is involved. Also include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set each claim forth in a separate paragraph.

## Name of Defendant
mike Johnson (unit manager)
### Place of employment
Charles Bass Correctional Complex
### ADDRESS of Defendant
7177 Cockrill Bend BlVD
Nashville, TN. 37243-0470

Named in official capacity   yes   no
Named in individual capacity  (yes)  NO


## Name of Defendant.
Warden Simmons
### Place of employment
Special Needs Facility
### ADDRESS of Defendant
7575 Cockrill Bend BlVD
Nashville, TN. 37209-1057

Named in official capacity   yes   NO
Named in individual capacity  (yes)  NO


## Name of Defendant
Warden Qualls
### place of Employment
charles Bass Correctional Complex
### ADDress of Defendant
7177 Cockrill Bend BlVD
Nashville, TN. 37243-0470

Named in official capacity  yes   NO
Named in individual capacity (yes)  NO

## Name of Defendant

DR. OTIS Campbell

### place of employment

Turney Center Industrial Complex

### ADDRESS of Defendant

~~[crossed out]~~ 1499 R.W. Moore Memorial Hwy
Only, TN. 37140

named in official capacity (yes) No
named in individual capacity yes No


## Name of Defendant

Kevin Rae

### place of Employment

Turney Center Industrial Complex

### ADDRESS of Defendant

1499 R.W. Moore Memorial Hwy.
Only, TN. 37140

Named in official capacity (yes) No
Named in individual capacity yes No

Case 3:14-cv-01725   Document 1   Filed 08/22/14   Page 12 of 15 PageID #: 12

**If you require additional space, attach a separate sheet, or extra sheets, of paper.**

V.  RELIEF REQUESTED: List what you want the court to do; list the relief you seek against each defendant:

A.

Issue a declaratory judgement stating that defendants' actions violated and continues to violate, the plaintiffs Rights

B.

_Issue an injunction ordering defendants to: provide adequate medical/care to Plaintiff, in accordance with published professional standards._

C.

_comply with all treatment recommendations of Dr. Jau._

D.

_Compensentory damages (future medical costs )and lost earnings._

E.

_And such other relief as the courts direct._

I (we) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge, and belief.

Signed              this              _20th_              day              of

_august 2014_

_Tracy Woodard_         Signature:

_159910_              Prison              ID              Number

Address: _1499 R.W. Moore Memorial Hwy._

_Only, TN. 37140_

Notice: All Plaintiffs must sign the Complaint. If there are more than three (3) plaintiffs, attach additions signatures, with prison identification no. and addresses

Signature:

Prison              ID              Number

_____

Address:

_____

_____

Signature:

_____

___

Prison            ID            Number

_____

Address:

_____

_____