**TRACY WOODARD**               ]
     **Plaintiff,**               ]
                                ]
**v.**                          ]     **No. 3:14-1725**
                                ]     **Judge Haynes/Brown**
**CORIZON, INC., et al.**       ]
     **Defendants.**              ]

# O R D E R

The Clerk is instructed to send the plaintiff a service packet (a blank summons and USM 285 form) for the defendants Corizon, Inc., Brenda Boyd, Dr. Otis Campbell, John Doe, Kevin Rea and Dr. Inocentes Sator.

The plaintiff will complete the service packets and return them to the Clerk's Office within twenty one (21) days of the date of receipt of this order. Upon return of the service packets, PROCESS SHALL ISSUE and be served upon the defendants by the United States Marshal.

The plaintiff is forewarned that the failure to return the completed service packets within the time required could jeopardize his prosecution of this action. He is further cautioned that his prosecution of this action will be jeopardized should he fail to keep the Clerk's Office informed of his current address.

The plaintiff is reminded that he must provide proper names for any John Doe defendants within one hundred twenty (120) days or the claims against the John Doe defendants will be subject to dismissal.

1

It is so ORDERED.

/S/ Joe B. Brown
Joe B. Brown
United States Magistrate Judge