UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRACY WOODARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3-14-01725 |
| v. ) | Senior Judge Haynes |
| ) | |
| CORIZON, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 18) to dismiss Plaintiff's claims against Defendants Johnson, Qualls and Simmons with prejudice. Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**, and Plaintiff's claims against these Defendants are **DISMISSED with prejudice.**

It is so **ORDERED**.

ENTERED this the 21st day of May, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge